# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of  06/11/06        . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:**     Sutro-Sandia Corporation

**Case Number:**     04-17848

---

### Document Information

**Description:**     Order, Modifying Stay to permit the bankruptcy case of Norma J. Hurt, No. 85-3802-JMM and Adv. Pro. 99-605 Hurt v. Wakefield Properties to go forward immediately .

Received on:     2004-10-28 14:08:39.000

**Date Filed:**     2004-10-28 00:00:00.000

**Date Entered On Docket:**     2004-10-28 00:00:00.000

---

### Filer Information

**Submitted By:**     Mary Anderson

---

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

Sutro-Sandia Corporation,

Debtor.                              No. 11-04-17848 SA

**ORDER MODIFYING AUTOMATIC STAY
WITHOUT NOTICE**

This matter came before the Court pursuant to a
conversation between the Court and the Honorable James M.
Marlar, United States Bankruptcy Judge for the District of
Arizona ("Arizona Court"), the Arizona Court reciting that the
above case was filed as part of a pattern of serial filings to
inhibit the administration of the bankruptcy case of In re
Norma J. Hurt, No. 85-3802-JMM, and adv. pro. 99-605 (Hurt v.
Wakefield Properties, Ltd.), both pending in the United States
Bankruptcy Court for the District of Arizona.  Having
considered the recitations of interference and obstruction of
the administration of the Arizona Court and of the consequent
inability of the Arizona Court to perform its functions, this
Court finds good cause to modify the stay for cause (11 U.S.C.
section 362(d0(1)) based on the authority of 11 U.S.C. section
105, and to do so without notice to the debtor in possession
or its counsel.

IT IS THEREFORE ORDERED that the stay is modified to
permit the bankruptcy case of In re Norma J. Hurt, No. 85-

3802-JMM, and adv. pro. 99-605 (<u>Hurt v. Wakefield Properties, Ltd</u>.), both pending in the United States Bankruptcy Court for the District of Arizona, to go forward immediately.

    IT IS FURTHER ORDERED that the stay provided by Rule 4001(a)(3) shall not be and is not in effect for this order.


                                 James S. Starzynski
                                 United States Bankruptcy Judge

I hereby certify that on October 28, 2004, a true and correct copy of the foregoing was electronically transmitted, faxed, delivered, or mailed to the following:

Thomas G Rice, Esq.
Attorney for Debtor
500 4th St NW Ste 230
Albuquerque, NM 87102 -2106
VIA FAX 505-884-5468

United States Trustee
P.O. Box 608
Albuquerque, NM 87103

The Honorable James M. Marlar
District of Arizona
VIA FAX 602-682-4263


                              Mary B. Anderson